UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                 :

THURSDAY LLC,

                                                       **ORDER REGULATING**
                         Plaintiff,        **PROCEEDINGS**
   -against-

                                                           20 Civ. 9142 (AKH)

DNVB, INC. d/b/a THURSDAY BOOT CO.,

                        Defendant.

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court is of the opinion that the facts and legal arguments are adequately presented in the briefs, and the decisional process would not be significantly aided by oral argument. Therefore, these matters are ordered submitted on the briefs. Telephonic oral argument, currently scheduled for June 15, 2021 is hereby cancelled.

        SO ORDERED.

Dated:       June 14, 2021                    /s/ Alvin K. Hellerstein
               New York, New York       ALVIN K. HELLERSTEIN
                                                United States District Judge