

> The request is granted. Discovery shall proceed, and fact discovery shall be completed by April 15, 2022.
> The status conference is scheduled for April 29, 2022.
>
> So ordered.
>
> /s/ Alvin K. Hellerstein
> October 8, 2021

October 7, 2021

**Jura C. Zibas**
212.915.5756 (direct)
Jura.Zibas@wilsonelser.com

<u>VIA ECF</u>
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Thursday LLC v. DNVB, Inc.; Index No. 20-cv-9142</u>

Dear Judge Hellerstein:

    Our office represents defendant DNVB, Inc. ("DNVB") in the above referenced matter. We write to request that the status conference set for October 15, 2021 be adjourned *sine din*. This request will not affect any deadlines in the case.

    As discussed during the parties' September 3, 2021 initial conference before the Court, the October 15, 2021 status conference was tentatively set for the purposes of holding a settlement conference, if the parties so-desired. While the parties have exchanged initial discovery requests, limited document production has taken place to date. DNVB does not believe that settlement discussions will be fruitful at this time until a threshold level of discovery has been exchanged. We have conferred with Plaintiff's counsel and they do not object to DNVB's request.

    In light of the foregoing, DNVB respectfully requests that the October 15, 2021 status conference be adjourned *sine din*.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

/s/ Jura Zibas

Jura C. Zibas
cc:  All Counsel of Record via ECF